■ DENNIS ROSSI, Appellant, v BLUE CROSS & BLUE SHIELD OF GREATER NEW YORK, Respondent.—Order, Supreme Court, New York County (Diane A. Lebedeff, J.), entered on May 15, 1991, unanimously affirmed for the reasons stated by Diane A. Lebedeff, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Kupferman and Kassal, JJ.